Ted W. Cassman (Cal. Bar 98932)
Laurel Headley (Cal. Bar 152306)
Raphael Goldman (Cal. Bar 229261)
ARGUEDAS, CASSMAN, HEADLEY & GOLDMAN LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003
*Counsel for Defendant*
*LIANG CHEN*

Leland B. Altschuler (CA SBN 81459)
LAW OFFICES OF LELAND B. ALTSCHULER
1580 Cañada Lane
Woodside, CA 94062
Telephone: (650) 328-7917
Facsimile: (650) 989-4200
*Counsel for Defendant*
*DONALD OLGADO*

Daniel Olmos (CA SBN 235319)
Evan C. Greenberg (CA SBN 271356)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Telephone: (650) 326-2980
Facsimile: 650-326-9704
*Counsel for Defendant*
*WEI-YUNG HSU*

Bruce C. Funk (CA SBN 122340)
LAW OFFICE OF BRUCE C. FUNK
46 W. Santa Clara Street
San Jose, CA 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
*Counsel for Defendant*
*ROBERT EWALD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIANG CHEN, DONALD OLGADO, WEI-YUNG HSU, and ROBERT EWALD,<br><br>　　　　Defendants. | No. CR-17-603 BLF<br><br>**DEFENDANTS' JOINT RESPONSE TO GOVERNMENT MOTION IN LIMINE NO. 2 [ADMIT BUSINESS RECORDS]**<br><br>Date: June 24, 2021<br>Time: 1:30 p.m.<br>Hon. Beth Labson Freeman<br>Courtroom 3 |

## MEMORANDUM OF POINTS AND AUTHORITIES

The government has moved for an order admitting into evidence at trial specified business records produced by three internet service providers, AT&T, Google and Yahoo! in response to grand jury subpoenas. Government's Motion In Limine No. 2, Dkt. 216, p. 2-3. Defendants have no objection to this request and are prepared to enter into an appropriate stipulation for admission of the specified records.

Dated: June 17, 2021

Respectfully submitted,

   */s/ Ted W. Cassman*
Ted W. Cassman
ARGUEDAS, CASSMAN, HEADLEY &
GOLDMAN LLP

*Counsel for Liang Chen*